# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157857(29)

JOSHUA ZACKS,
          Plaintiff,

v

JEFF ZACKS, d/b/a UNLIMITED
INSTALLATIONS SERVICES,
          Defendant-Appellant,
and

1101 WASHINGTON, LLC,
          Defendant/Cross-Plaintiff-
          Appellee,

v

TOTAL OUTDOOR CORPORATION,
          Defendant/Cross-Defendant-
          Appellee.
_____/

SC: 157857
COA: 342295
Wayne CC: 16-000653-NI

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a combined reply to the separate answers filed by appellees is GRANTED. The reply submitted on July 20, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk